# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>MICHELLE BETZAI RUIZ-LOPEZ (1),<br>MOISES MARENTES (2),<br>CYNTHIA LILLIANA RANGEL (3),<br><br>                              Defendants. | Case No.: 22CR0777-JLS<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |

On the Court's own motion, IT IS HEREBY ORDERED that the Motion Hearing/Trial Setting in the above-captioned matter shall be continued from May 6, 2022 to **Friday, May 13, 2022** at **2:00 p.m.**  Defendants released on bond shall file an acknowledgement of the new hearing date within one week of this order.

IT IS SO ORDERED.

Dated: May 4, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge