# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>**(3)Cynthia Lilliana Rangel**,<br><br>　　　　　　　　　　Defendant. | Case No. **22-cr-00777-JLS**<br><br>JUDGMENT OF DISMISSAL<br><br>**FILED**<br>MAY 11 2022<br>CLERK, U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY　GaV　　　　DEPUTY |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☒ the Court has granted the motion of the Government for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Indictment:

8:1324 (a)(1)(A)(ii), (v)(II) - Attempted Transportation and Transportation of Certain Aliens and aiding and Abetting and 8:1324 (a)(2)(B)(ii); 18:2 Bringing in Aliens for Financial Gain; Aiding and Abetting

Dated:　5/11/2022

　　　　　　　　　　　　　　　　　　　Hon. Karen S. Crawford
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge